IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 93-58-01-PA |
| | ) | |
| v. | ) | ORDER CONTINUING |
| | ) | SUPERVISED RELEASE TERM |
| WILLIAM GAYLORD STROBEL, | ) | |
| | ) | |
| Defendant. | ) | |

On January 10, 2006, The Honorable Owen M. Panner sentenced defendant to the custody of the Bureau of Prisons for a period of time served followed by a 30-month term of reimposed supervised release subject to standard and special conditions. The term of supervised release commenced this date.

On April 6, 2007, The Honorable Anna J. Brown issued a Petition for Summons and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On June 26, 2007, the defendant admitted he violated the conditions of supervised release by failing to follow the instruction of the probation officer and using controlled substances.

It now appearing to the Court defendant is suitable for continued community supervision,

*ORDER—STROBEL, William Gaylord, Page 1*

**IT IS ORDERED** defendant's term of supervised release is continued subject to the previously imposed standard and special conditions.

All other aspects of the original judgment order shall remain in full force and effect.

**DATED** this 26 day of June, 2007.

*[signature]*
The Honorable Ancer L. Haggerty
Chief U.S. District Judge